-PS-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CAROLYN JACKSON,

        Plaintiff,

    -v-                                  09-CV-6029T
                                                **ORDER**

STRONG MEMORIAL HOSPITAL,

        Defendant.

---

      Plaintiff has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has met the statutory requirements.  Accordingly, plaintiff's request to proceed as a poor person is hereby granted.

      Plaintiff's complaint has been reviewed by the Court with respect to the 28 U.S.C. § 1915(e)(2) criteria.  She is claiming that she suffered employment discrimination and has attached her "right to sue" notice from the Equal Employment Opportunity Commission.

      In addition, plaintiff has requested assignment of counsel. There is insufficient information before the Court at this time to make the necessary assessment of plaintiff's claims under the standards promulgated by <u>Hendricks v. Coughlin</u>, 114 F.3d 390, 392 (2d Cir. 1997), and <u>Hodge v. Police Officers</u>, 802 F.2d 58 (2d Cir. 1986), as issue has yet to be joined.  Therefore plaintiff's motion for appointment of counsel is denied without prejudice at this

time.  It is the plaintiff's responsibility to retain an attorney or press forward with this lawsuit *pro se*.  28 U.S.C. § 1654.

The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendant without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

**SO ORDERED.**

S/ Michael A. Telesca

_____
MICHAEL A. TELESCA
United States District Judge

Dated:   February 10, 2009
         Rochester, New York